165 A.3d 460

**ANDERSON, Eric Thomas**

v.

**STATE of Maryland**

**Pet. Docket No. 131, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2473, Sept. Term, 2015).

Petition for writ of certiorari denied

∎

165 A.3d 460

**ATLANTIC GENERAL HOSPITAL**

v.

**GRINNAN**

**Pet. Docket No. 17, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 1913, Sept. Term, 2015).

Petition for writ of certiorari denied